```
FILED _____ LODGED
_____ RECEIVED

APR 28 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

09-CV-05794-ORD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JULIANNA ZIMBUREAN, | ) Case No. 3:09-cv-05794-RBL |
| Plaintiff, | ) |
| vs. | ) NOTICE OF DISMISSAL WITH ) PREJUDICE |
| VISION CREDIT SOLUTIONS, LLC | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Untied States District Court for the Western District of Washington Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 27th day of April, 2010.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Dismissal - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 | Filed electronically on this 27th day of April, 2010, with:

2 | United States District Court CM/ECF system

3

4

   By: s/ Tremain Davis

5 |       Tremain Davis

IT IS SO ORDERED THIS 28th DAY OF April, 2010

RJBL

UNITED STATES DISTRICT COURT JUDGE

28 | Notice of Dismissal - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com